1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

GLACIER BANK D/B/A
COLLEGIATE PEAKS BANK, a
Montana Corporation,

Plaintiff,

v.

FREDERICO R. TRIEBEL, an
individual; GREEN MOVEMENT
BUILDERS, INC., a California
Corporation; and DOES 1-20,

Defendants.

Case No. 2:19-cv-4819-MWF (AGRx)

Before the Honorable Michael W.
Fitzgerald

**JUDGMENT AGAINST
FREDERICO R. TRIEBEL AND
GREEN MOVEMENT BUILDERS,
INC.**

1

## JUDGMENT

This action having been commenced on June 3, 2019, and the Court having granted the Motion to Enforce Settlement and Enter Judgment filed by Plaintiff Glacier Bank d/b/a Collegiate Peaks Bank., and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in favor of Plaintiff be entered as follows:

1. Judgment is hereby entered in favor of Plaintiff and against Defendants Frederico R. Triebel and Green Movement Builders, Inc., jointly and severally, in the amount of $105,000.00, plus an additional $1,575.00 for attorneys' fees.

2. Post-judgment interest shall accrue at 10 percent per annum from the date of entry of this Judgment until the date Defendants pay in full.

**IT IS SO ORDERED**.

Dated:  August 25, 2020

_____
        MICHAEL W. FITZGERALD
        United States District Judge

2